FILED JUN 29 17:30 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

RUSSEL HOWARD LAMB,

        Petitioner,        Civil No. 10-511-CL

        v.                  ORDER

LISA MOORE, et al.,

        Respondents.

CLARKE, District Judge.

    Petitioner's amended pleading is captioned as a "writ of habeas corpus" and seeks to "have (his) liberties resolved."

    Local Rule 295-1 (a) requires that petitions for habeas corpus relief be "legibly written or typewritten on forms supplied by the court."

    Petitioner's Application to proceed in forma pauperis (#1) is allowed for the purposes of a habeas corpus proceeding. Petitioner is allowed 30 days from the date of this order to file an amended petition on a form to be provided by the clerk of the court and advised that failure to

1 - ORDER

file an amended petition on the proper form will result in the dismissal of this proceeding.

The Clerk is requested to send petitioner the appropriate form.

IT IS SO ORDERED

DATED this 27 day of June, 2010.

Mark D. Clarke
United States Magistrate Judge

2 - ORDER