FILED 11 MAR 14 11:42USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RUSSELL HOWARD LAMB,

    Petitioner,

Civ. No. 10-511-CL

v.

MRS. LISA MOORE,

    Respondent.

**ORDER**

**PANNER, District Judge**:

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

    It has been more than sixty days since mail sent by the court to petitioner was returned as undeliverable. Petitioner has not notified the court of a change in his mailing

- ORDER

address. Under these circumstances, Local Rule 83.12 authorizes this court to dismiss an action. Accordingly, I ADOPT the Report and Recommendation of Magistrate Judge Clarke.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#23) is adopted. This action is dismissed without prejudice.

IT IS SO ORDERED.

DATED this ___14___ day of March, 2011.

OWEN M. PANNER
U.S. DISTRICT JUDGE

- ORDER